# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA GULDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1041 |
| | ) | Judge Trauger |
| MENAGES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Given the pendency of a Motion to dismiss, it is hereby ORDERED that the initial case management conference scheduled for August 8, 2014 is CONTINUED to be reset, as appropriate, following a decision on this motion.

It is so **ORDERED**.

ENTER this 30th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge